# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD H. FIELDS,<br><br>                Petitioner,<br><br>    v.<br><br>D. W. SMITH, Warden,<br><br>                Respondent. | 1:07 CV 0355 OWW WMW HC<br><br>ORDER DENYING MOTION FOR ORDER REQUIRING RESPONDENT TO SHOW CAUSE<br><br>[Doc. 7] |

      Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On May 17, 2007, the court entered an order requiring Respondent to file an answer in this case by July 19, 2007. Due to an error in the Clerk's Office, this order was not served on Respondent. On July 27, 2007, Petitioner filed a motion for an order requiring Respondent to show cause why his requested relief should not be immediately granted.

      Having been alerted to the clerical error, on July 31, 2007, this court reserved its order requiring Respondent to file an answer. Respondent's answer is now due on or before September 30, 2007.

In light of the above, Petitioner's motion for an order requiring Respondent to show cause is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:**   **August 8, 2007**                         /s/  **William M. Wunderlich**
                                                                               UNITED STATES MAGISTRATE JUDGE